# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

## MISCELLANEOUS CASE INFORMATION SHEET

| PLAINTIFF: | DEFENDANT: |
|---|---|
| James Owens, et al. | Republic of Sudan, et al. |

**IN THE MATTER OF:**

OWENS, et al v. REPUBLIC OF SUDAN, et al

**CAUSE OF ACTION:**

28:1602 Foreign Sovereign Immunities Act

**RELIEF SOUGHT:**

Registration of the judgment in the United States District Court for the Eastern District of New York

| ATTORNEY FOR PLAINTIFF: | ATTORNEY FOR DEFENDANT: |
|---|---|
| Matthew V.H. Noller<br>King & Spalding LLP<br>50 California Street<br>Suite 3300<br>San Francisco, CA 94111<br>(415) 318-1200<br>mnoller@kslaw.com | Christopher M. Curran<br>White & Case LLP<br>701 Thirteenth Street, NW<br>Washington, DC 20005<br>(202) 626-3643<br>ccurran@whitecase.com |

**I am currently a member in good standing of the bar of this Court:**  ☑ YES  ☐ NO

**Signature of Attorney of Record:** Matthew V.H. Noller
Digitally signed by Matthew V.H. Noller
Date: 2026.04.21 05:18:57 -04'00'  **Date:** 04/21/2026

AO 451 (Rev. 01/09; DC 4/10)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| JAMES OWENS, et al., | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 01-2244 (JDB) |
| REPUBLIC OF SUDAN, et al., | ) |
| *Defendant* | ) |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*     03/28/2014     .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date:     04/06/2026



ANGELA D. CAESAR, CLERK OF COURT

**Byron M Lee Jr.** Jr.
Digitally signed by Byron M Lee
Date: 2026.04.06 15:38:29 -04'00'

*Signature of Clerk or Deputy Clerk*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JAMES OWENS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>REPUBLIC OF SUDAN, et al.,<br><br>Defendants. | Civil Action No. 01-2244 (JDB) |

## ORDER

Upon consideration of [271-77, 279, 286, 287, 288] Special Master Paul Griffin's Reports and plaintiffs' Proposed Findings of Fact and Conclusions of Law, and the entire record herein, it is hereby

**ORDERED** that [271-77, 279, 286, 288] the Special Master Reports are adopted in part and modified in part as described in the accompanying Memorandum Opinion issued on this date; it is further

**ORDERED** that Count XXV of [270] plaintiffs' Fifth Amended Complaint is **DISMISSED**; it is further

**ORDERED** that judgment is entered in favor of plaintiffs and against defendants in the total amount of $487,687,665.78; and it is further

**ORDERED** that each plaintiff is entitled to damages in the amounts listed in the accompanying chart.

**SO ORDERED.**

**ECF DOCUMENT**
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.

ANGELA D. CAESAR, CLERK

Byron M Lee Jr. Jr.
Digitally signed by Byron M Lee
Date: 2026.04.06 15:45:20 -04'00'

1

_____/s/_____
JOHN D. BATES
United States District Judge

Dated: March 28, 2014

| | Name of Victim | Injured/ Deceased | Family Members | Relation | Economic Damages | Pain & Suffering Damages | Solatium Damages | Subtotal | Total Award (with applicable prejudgment interest) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | John Victim Adoe | Injured | | | | $5,000,000 | $0 | $5,000,000 | $11,309,250.00 |
| 2 | | | Jane Parent1 Adoe | Mother | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 3 | | | Jane Sibling1 Adoe | Sister | | | $1,250,000 | $1,250,000 | $2,827,312.50 |
| 4 | | | John Sibling2 Adoe | Brother | | | $1,250,000 | $1,250,000 | $2,827,312.50 |
| 5 | John Victim1 Bdoe | Injured | | | $2,905,635 | $8,000,000 | $3,000,000 | $13,905,635 | $27,785,984.92 |
| 6 | | Injured | Jane Victim2 Bdoe | Wife | $4,611,079 | $3,000,000 | $4,000,000 | $11,611,079 | $20,444,029.00 |
| 7 | | | John Child1 Bdoe | Son (of both) | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 8 | | | John Child2 Bdoe | Son (of both) | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 9 | | | John Child3 Bdoe | Son (of both) | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 10 | | | John Child4 Bdoe | Son (of one) | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 11 | | | John Child5 Bdoe | Son (of one) | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 12 | | | John Child6 Bdoe | Son (of one) | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 13 | | | John Parent1 Bdoe | John Victim1 Bdoe's father | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 14 | | | Jane Parent2 Bdoe | John Victim1 Bdoe's mother | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 15 | | | Jane Sibling1 Bdoe | John Victim1 Bdoe's sister | | | $1,250,000 | $1,250,000 | $2,827,312.50 |
| 16 | | | Jane Parent3 Bdoe | Jane Victim2 Bdoe's mother | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 17 | | | Jane Sibling2 Bdoe | Jane Victim2 Bdoe's sister | | | $1,250,000 | $1,250,000 | $2,827,312.50 |
| 18 | | | Jane Sibling3 Bdoe | Jane Victim2 Bdoe's sister | | | $1,250,000 | $1,250,000 | $2,827,312.50 |
| 19 | | | Jane Sibling4 Bdoe | Jane Victim2 Bdoe's sister | | | $1,250,000 | $1,250,000 | $2,827,312.50 |
| 20 | | | Jane Sibling5 Bdoe | Jane Victim2 Bdoe's sister | | | $1,250,000 | $1,250,000 | $2,827,312.50 |
| 21 | Jane Victim Cdoe | Injured | | | $9,216,946 | $12,000,000 | $0 | $21,216,946 | $36,359,146.00 |
| 22 | | | John Spouse Cdoe | Husband | | | $4,000,000 | $4,000,000 | $9,047,400.00 |
| 23 | | | John Child1 Cdoe | Son | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 24 | | | Jane Parent1 Cdoe | Mother | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 25 | | | John Sibling1 Cdoe | Brother | | | $1,250,000 | $1,250,000 | $2,827,312.50 |
| 26 | | | John Sibling2 Cdoe | Brother | | | $1,250,000 | $1,250,000 | $2,827,312.50 |
| 27 | | | Jane Grandchild1 Cdoe | Granddaughter | | | $0 | $0 | $0.00 |
| 28 | | | John Grandchild2 Cdoe | Grandson | | | $0 | $0 | $0.00 |
| 29 | John Victim Ddoe | Injured | | | $44,281 | $7,000,000 | $0 | $7,044,281 | $15,877,231.00 |
| 30 | | | Jane Spouse Ddoe | Daughter | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 31 | | | Jane Parent1 Ddoe | Mother | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 32 | | | John Sibling1 Ddoe | Brother | | | $1,250,000 | $1,250,000 | $2,827,312.50 |
| 33 | | | Jane Sibling2 Ddoe | Sister | | | $1,250,000 | $1,250,000 | $2,827,312.50 |
| 34 | | | Jane Sibling3 Ddoe | Sister | | | $1,250,000 | $1,250,000 | $2,827,312.50 |

| # | Victim | Status | Name | Relationship | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 35 | | Injured | | | $2,210,647 | $3,500,000 | $2,500,000 | $8,210,647 | $15,781,747.36 |
| 36 | | Injured | Jane Victim2 Edoe | Wife | $989,391 | $2,500,000 | $3,500,000 | $6,989,391 | $14,560,491.00 |
| 37 | | | Jane Child1 Edoe | Daughter | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 38 | John Victim1 Edoe | | John Child2 Edoe | Son | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 39 | | | Jane Parent1 Edoe | John Victim1 Edoe's mother | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 40 | | | Jane Parent2 Edoe | Jane Victim2 Edoe's mother | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 41 | | | Jane Sibling1 Edoe | Jane Victim2 Edoe's sister | | | $1,250,000 | $1,250,000 | $2,827,312.50 |
| 42 | | Injured | | | $534,123 | $5,000,000 | $4,500,000 | $10,034,123 | $22,021,698.00 |
| 43 | | Injured | John Victim2 Fdoe | Husband | $334,637 | $3,000,000 | $5,500,000 | $8,834,637 | $19,560,362.00 |
| 44 | | Injured | John Victim3 Fdoe | Son | $1,158,599 | $1,500,000 | $5,000,000 | $7,658,599 | $15,860,624.00 |
| 45 | | | John Child1 Fdoe | Son | | | $6,250,000 | $6,250,000 | $14,136,562.50 |
| 46 | | | Jane Child2 Fdoe | Daughter | | | $6,250,000 | $6,250,000 | $14,136,562.50 |
| 47 | Jane Victim1 Fdoe | | John Parent1 Fdoe | Father | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 48 | | | Jane Sibling1 Fdoe | Sister | | | $1,250,000 | $1,250,000 | $2,827,312.50 |
| 49 | | | Jane Sibling2 Fdoe | Sister | | | $1,250,000 | $1,250,000 | $2,827,312.50 |
| 50 | | | Jane Sibling3 Fdoe | Sister | | | $1,250,000 | $1,250,000 | $2,827,312.50 |
| 51 | | | Jane Sibling4 Fdoe | Sister | | | $1,250,000 | $1,250,000 | $2,827,312.50 |
| 52 | | | John Sibling5 Fdoe | Brother | | | $1,250,000 | $1,250,000 | $2,827,312.50 |
| 53 | | | John Sibling6 Fdoe | Brother | | | $1,250,000 | $1,250,000 | $2,827,312.50 |
| 54 | | Injured | | | $976,900 | $5,000,000 | $1,500,000 | $7,476,900 | $15,678,925.00 |
| 55 | | Injured | Jane Victim2 Gdoe | Wife | $460,715 | $1,500,000 | $4,000,000 | $5,960,715 | $12,900,890.00 |
| 56 | | | Jane Child1 Gdoe | Daughter | | | $4,000,000 | $4,000,000 | $9,047,400.00 |
| 57 | | | John Child2 Gdoe | Son | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 58 | John Victim1 Gdoe | | Jane Parent1 Gdoe | Jane Victim2 Gdoe's mother | | | $1,500,000 | $1,500,000 | $3,392,775.00 |
| 59 | | | John Parent2 Gdoe | Jane Victim2 Gdoe's father | | | $1,500,000 | $1,500,000 | $3,392,775.00 |
| 60 | | | John Sibling1 Gdoe | Jane Victim2 Gdoe's brother | | | $1,250,000 | $1,250,000 | $2,827,312.50 |
| 61 | | | John Sibling2 Gdoe | Jane Victim2 Gdoe's brother | | | $1,250,000 | $1,250,000 | $2,827,312.50 |
| 62 | | | Jane Sibling3 Gdoe | Jane Victim2 Gdoe's sister | | | $1,250,000 | $1,250,000 | $2,827,312.50 |
| 63 | | | Jane Sibling4 Gdoe | Jane Victim2 Gdoe's sister | | | $1,250,000 | $1,250,000 | $2,827,312.50 |
| | TOTALS | | | | $23,442,953.28 | $57,000,000 | $148,250,000 | $228,692,953 | $487,687,665.78 |